**UNITED STATES DISTRICT COURT**
for the
<u>Eastern District of Kentucky</u>
<u>Ashland Division</u>

| | |
|---|---|
| Karri Tussey | ) |
|     *Plaintiff* | ) |
| | ) |
| v. | )   Case No.    0:15-cv-00070-HRW |
| | ) |
| LVNV Funding, LLC, *et al.* | ) |
|     *Defendant* | ) |
| | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Vacate this Court's Memorandum Opinion and Order [Doc. 18] granting Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.'s Motion to Compel Arbitration [Doc. 10] on grounds that the parties had consummated a settlement of all claims in this action prior to the Court's entry of its Order. The Court, having considered the arguments of counsel, and being otherwise sufficiently advised:

Plaintiff's Motion to Vacate Order and Dismiss Case is GRANTED. This Court's Memorandum Opinion and Order of August 15, 2016 is hereby VACATED in its entirety.

It is further ordered that this case is hereby DISMISSED with prejudice, with each party to bear its own costs and fees consistent with the parties' settlement.

Dated: 8-30-16



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge

Tendered by:
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com